IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**HELENA AGRI-ENTERPRISES, LLC**                                          **PLAINTIFF**
**f/k/a HELENA CHEMICAL COMPANY**

**vs.**                                **CASE NO. 1:19-cv-71-JM**

**J & D FARMS PARTNERSHIP;**
**HUEY FARMS PARTNERSHIP;**
**HUEY & NORRIS I FARMS, LLC;**
**JOEY DON HUEY; DEBBIE HUEY;**
**JAMIE HUEY; BOBBY HUEY;**
**and BRIAN NORRIS a/k/a BRYAN NORRIS**                      **DEFENDANTS**

## ORDER AND SUMMARY JUDGMENT

Pending before the Court is the Motion for Summary Judgment filed on July 2, 2020 by the plaintiff Helena Agri-Enterprises, LLC ("**Helena**"). The defendants J & D Farms Partnership; Huey Farms Partnership; Huey & Norris I Farms, LLC; Joey Don Huey; Debbie Huey; Jamie Huey; Bobby Huey; and Brian Norris a/k/a Bryan Norris (collectively, the "**Defendants**") have responded to the motion, and Helena has filed a reply. Based upon the evidence submitted in connection with the Motion for Summary Judgment, the pleadings and representations of the parties through counsel, and all other matters of record, the Court hereby finds and orders as follows:

1.      The Court has jurisdiction of the subject matter and parties to this action. The Defendants have been served in the manner and time required by law.

2.      On or about May 26, 2016, the Defendants executed the following four Promissory Notes in favor of Helena: (a) Promissory Note – J & D Farms Partnership, in the original amount of $632,050.14; (b) Promissory Note – Huey Farms Partnership in the original amount of $495,261.58; (c) Promissory Note – Huey & Norris Farms I, LLC in the original amount of

$332,606.25; (d) Promissory Note – Jason Huey in the original amount of $285,614.43. The makers, terms, maturity dates, interest rates, and general substance of each of the Promissory Notes are the same, excepting only the principal amounts due Helena on each of the Promissory Notes.

3. The terms of the Promissory Notes provide that, if not sooner paid, the remaining unpaid principal and all accrued interest on each of the Promissory Notes shall be due and payable on February 25, 2020. The Promissory Notes are each now in default under the terms thereof, as certain payments have not been made when due, and there remain balances due on the Promissory Notes despite the February 25, 2020 maturity date.

4. The pleadings, evidence submitted, and representations of the parties show that there is no genuine issue as to any material fact with regard to Helena's claims. Therefore, Helena is entitled to summary judgment against the Defendants, jointly and severally, as a matter of law on each of the Promissory Notes in the following amounts:

    a. With regard to **Count I** of Helena's Amended Complaint, and in accordance with Helena's reduction of such claim set forth in its Reply to Response to Motion for Summary Judgment filed herein on July 22, 2020, there is presently due and owing to Helena on the Promissory Note – J & D Farms Partnership, the principal amount of $508,026.93, plus accrued interest in the amount of $145,299.24, for a total sum of $653,326.17 as of June 30, 2020. Additional pre-judgment interest continues to accrue on the principal balance, at the rate of six percent (6%) per annum ($83.51 per day), through the entry of this Judgment.

    b. With regard to **Count II** of Helena's Amended Complaint, and in accordance with Helena's reduction of such claim set forth in its Reply to Response to Motion for Summary Judgment filed herein on July 22, 2020, there is presently due and

owing to Helena on the Promissory Note – Huey Farms Partnership, the principal amount of $242,162.00, plus accrued interest in the amount of $91,631.38, for a total sum of $333,793.38 as of June 30, 2020. Additional pre-judgment interest continues to accrue on the principal balance, at the rate of six percent (6%) per annum ($39.81 per day), through the entry of this Judgment.

        c.        With regard to **Count III** of Helena's Amended Complaint, and in accordance with Helena's reduction of such claim set forth in its Reply to Response to Motion for Summary Judgment filed herein on July 22, 2020, there is presently due and owing to Helena on the Promissory Note – Huey & Norris Farms I, LLC, the principal amount of $275,401.90, plus accrued interest accrued thereon in the amount of $77,351.50, for a total sum of $352,753.40, as of June 30, 2020. Additional pre-judgment interest accrues on the principal balance thereof, at the rate of six percent (6%) per annum ($45.27 per day), through the entry of this Judgment.

        d.        With regard to **Count IV** of Helena's Amended Complaint, and in accordance with Helena's reduction of such claim set forth in its Reply to Response to Motion for Summary Judgment filed herein on July 22, 2020, there is presently due and owing to Helena on the Promissory Note – Jason Huey, past-due accrued interest in the total amount of $33,137.01.

5.        The amounts due and owing to Helena on the four Promissory Notes in principal and accrued interest through June 30, 2020 total $1,373,009.96, with additional pre-judgment interest accruing on the principal balances of the four Promissory Notes after June 30, 2020 through the entry of this Judgment at the rate of $168.59 per diem.

**IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

a) that plaintiff Helena Agri-Enterprises, LLC f/k/a Helena Chemical Company's Motion for Summary Judgment filed herein on July 2, 2020 should be, and hereby is, **GRANTED**; and

b) that plaintiff Helena Agri-Enterprises, LLC f/k/a Helena Chemical Company is hereby awarded judgment against the defendants J & D Farms Partnership; Huey Farms Partnership; Huey & Norris I Farms, LLC; Joey Don Huey; Debbie Huey; Jamie Huey; Bobby Huey; and Brian Norris a/k/a Bryan Norris, jointly and severally, in the total amount of $1,373,009.96, with additional pre-judgment interest accruing on the principal amount thereof from June 30, 2020 at the rate of 6% per annum ($168.59 per day), plus post-judgment interest on all such amounts at the rate of 0.134% per annum until paid.

IT IS SO ORDERED this 23rd day of September 2020.

                                              HONORABLE JAMES M. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s/ Ralph D. Scott III
Roger D. Rowe (85140)
Ralph D. Scott III (2015127)
LAX, VAUGHAN, FORTSON,
  ROWE & THREET, P.A.
11300 Cantrell Road, Suite 201
Little Rock, Arkansas 72212
(501) 376-6565 Office
(501) 376-6666 Facsimile
*Attorneys for Helena Agri-Enterprises, LLC*

APPROVED AS TO FORM ONLY:

/s/ Barrett S. Moore
Robert D. Stroud (71073)
Barrett S. Moore (2009118)
BLAIR & STROUD
P. O. Box 2135
Batesville, Arkansas 72503
Telephone: (870) 793-8350
*Attorneys for Defendants*